UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THOMAS GRANADOS, Individually and on :
Behalf of All Others Similarly Situated,

                       :

             Plaintiff,           Civil Action
                      :    No. 10-11931-DPW

        v.

                       :

ART TECHNOLOGY GROUP, INC.,
ROBERT D. BURKE, DAVID B.        :
ELSBREE, DANIEL C. REGIS, JOHN R.
HELD, PHYLLIS S. SWERSKY, MICHAEL :
A. BROCHU, MARY E. MAKELA,
GREGORY HUGHES, ORACLE        :
CORPORATION, and AMSTERDAM
ACQUISITION SUB CORPORATION.     :

            Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*DPW*

## STIPULATION AND [PROPOSED] ORDER

     WHEREAS, on November 10, 2010, Plaintiff filed a complaint in this Court in

the above-captioned action (Docket No. 1);

     WHEREAS, on November 23, 2010, Plaintiff filed an amended complaint (the

"Amended Complaint") in this Court in the above-captioned action (Docket No. 2);

     WHEREAS, the deadline for the Individual Defendants[1] to move, answer or

otherwise respond to the Amended Complaint was originally January 31, 2011;

     WHEREAS, on December 6, 2010, the parties submitted a Stipulation and

[Proposed] Order providing that the deadline for Defendants Art Technology Group, Inc., Oracle

Corporation and Amsterdam Acquisition Sub Corporation to move, answer or otherwise respond

---

[1]    The Individual Defendants are Robert D. Burke, David B. Elsbree, Daniel C. Regis, John
R. Held, Phyllis S. Swersky, Michael A. Brochu, Mary E. Makela, and Gregory Hughes.

to the Amended Complaint would be extended to and including January 31, 2011, so that the deadline for each Defendant would be aligned (Docket No. 12);

WHEREAS, on December 21, 2010, the Delaware Court of Chancery entered an order granting in part and denying in part a motion for a preliminary injunction in a parallel action captioned In re Art Technology Group, Inc. Shareholders Litigation, C.A. No. 5955 (the "PI Order").

WHEREAS, on January 31, 2011, counsel for Plaintiff informed counsel for Defendants that he may seek leave to file a second amended complaint, and asked Defendants to agree to extend their time to move, answer or otherwise respond to the Amended Complaint;

WHEREAS, on January 31, 2011, the parties submitted a Stipulation And [Proposed] Order providing that the deadline for all Defendants herein to move, answer or otherwise respond to the Amended Complaint herein shall be extended to and including March 4, 2011 (Docket No. 18), which this Court so ordered on February 1, 2011; and

WHEREAS, Plaintiff believes that all the claims in the Amended Complaint have been rendered moot in light of the PI Order, and wishes to file a second amended complaint;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that,

1.       Plaintiff shall provide Defendants with a proposed second amended complaint on or before April 8, 2011, and Defendants shall in good faith consider that proposed second amended complaint and determine on or before April 14, 2011 whether to consent to its filing or oppose a motion to amend;

2.       Defendants are not required to move, answer or otherwise respond to the Amended Complaint unless Defendants oppose the filing of the proposed second amended

complaint and the Court enters an order denying Plaintiff's motion for leave to file a second

amended complaint, in which case Defendants shall move, answer or otherwise respond to the

Amended Complaint within fourteen days of that order; and

       3.     If Defendants consent to the filing of a second amended complaint or the

Court grants a motion by Plaintiff for leave to file a second amended complaint, Defendants shall

move, answer or otherwise respond to Plaintiff's second amended complaint within 28 days of

the filing of the second amended complaint.

Dated:    March 3, 2011

Respectfully submitted,

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan
HUTCHINGS, BARSAMIAN, CROSS AND
    MANDELCORN, LLP
110 Cedar St.
Wellesley Hills, Massachusetts  02481
(781) 431-2231
thess-mahan@hutchingsbarsamian.com

Juan E. Monteverde (admitted pro have vice)
FARUQI & FARUQI, LLP
369 Lexington Avenue
10th Floor
New York, New York 10017
(212) 983-9330
jmonteverde@faruqilaw.com

Counsel for Plaintiff Thomas Granados

/s/ James R. Carroll
James R. Carroll
Nicholas I. Leitzes
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
jcarroll@skadden.com
nleitzes@skadden.com

Irwin B. Schwartz
Jonathan M. Shine
BUSINESS LITIGATION ASSOCIATES, P.C.
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 421-1800
ISchwartz@business-litigation-associates.com
JShine@business-litigation-associates.com

Counsel for Defendants Art Technology Group,
Inc., Robert D. Burke, David B. Elsbree, Daniel
C. Regis, John R. Held, Phyllis S. Swersky,
Michael A. Brochu, Mary E. Makela, and Gregory
Hughes

/s/ Jordan D. Hershman
Jordan D. Hershman
Jason D. Frank
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000
jordan.hershman@bingham.com
jason.frank@bingham.com

Counsel for Defendants Oracle Corporation and
Amsterdam Acquisition Sub Corporation

SO ORDERED:

Dated: *March 14*_____, 2011

Douglas P. Woodlock
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 3, 2011.

Dated: March 3, 2011                     /s/ Nicholas I. Leitzes
                                         Nicholas I. Leitzes

5