UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS GRANADOS, Individually and on :
Behalf of All Others Similarly Situated,
:
             Plaintiff,     Civil Action
:     No. 10-11931-DPW
   v.
:
ART TECHNOLOGY GROUP, INC.,
ROBERT D. BURKE, DAVID B. :
ELSBREE, DANIEL C. REGIS, JOHN R.
HELD, PHYLLIS S. SWERSKY, MICHAEL :
A. BROCHU, MARY E. MAKELA,
GREGORY HUGHES, ORACLE :
CORPORATION, and AMSTERDAM
ACQUISITION SUB CORPORATION, :

           Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff

Thomas Granados hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: April 21, 2011                              Respectfully submitted,


/s/  Juan E. Monteverde                     /s/  Theodore M. Hess-Mahan
Juan E. Monteverde (admitted pro hac vice)    Theodore M. Hess-Mahan
FARUQI & FARUQI, LLP                   HUTCHINGS, BARSAMIAN,
369 Lexington Avenue                      MANDELCORN & ZEYTOONIAN, LLP
10th Floor                                        110 Cedar Street
New York, New York 10017               Wellesley Hills, Massachusetts 02481
(212) 983-9330                                (781) 431-2231
jmonteverde@faruqilaw.com              thess-mahan@hutchingsbarsamian.com


Counsel for Plaintiff Thomas Granados     Counsel for Plaintiff Thomas Granados

## CERTIFICATE OF SERVICE

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 21, 2011.

Dated:  April 21, 2011                          /s/  Theodore M. Hess-Mahan
                                                              Theodore M. Hess-Mahan